FILED
NOV 02 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

23-cr-525
Judge Jenkins
Magistrate Judge Harjani
RANDOM / CAT 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Nov 2, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 23 CR 525 |
| v. | Violations: Title 18, United States Code, Sections 922(a)(1)(A), 922(o), and 2 |
| MARIANO HERNANDEZ, aka "Negro," and ANTHONY PRIETO | |

### COUNT ONE

The SPECIAL JANUARY 2023 GRAND JURY charges:

From on or about July 11, 2023, and continuing until on or about September 5, 2023, in Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MARIANO HERNANDEZ, aka "Negro," and
ANTHONY PRIETO,

defendants herein, not being licensed dealers within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms;

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

## COUNT TWO

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about July 19, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

> MARIANO HERNANDEZ, aka "Negro," and
> ANTHONY PRIETO,

defendants herein, did knowingly possess and transfer a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely a Glock 19X 9mm pistol bearing serial number BZCN705 with an attached Glock Conversion Device, a part designed solely and exclusively for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1) and 2.

## COUNT THREE

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about July 27, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

MARIANO HERNANDEZ, aka "Negro,"

defendant herein, did knowingly possess and transfer a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely a Glock 19x 9mm pistol, bearing serial number BWZS893, with an attached Glock Conversion Device, a part designed solely and exclusively for use in converting a weapon into a machinegun, and a Glock 17 Gen 5 9mm pistol, bearing serial number BYLK495, with an attached Glock Conversion Device, a part designed solely and exclusively for use in converting a weapon into a machinegun

In violation of Title 18, United States Code, Section 922(o)(1).

A TRUE BILL.

_____
FOREPERSON

_____
Scott Edenfield on behalf of the
ACTING UNITED STATES ATTORNEY

3